# Exhibit 1

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF RHODE ISLAND;<br>STATE OF CONNECTICUT; and<br>KATHERINE DYKES, Commissioner of the<br>Connecticut Department of Energy and Environmental<br>Protection,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE<br>INTERIOR; DOUGLAS BURGUM, Secretary of the<br>Interior, in his official capacity; BUREAU OF<br>OCEAN ENERGY MANAGEMENT; MATTHEW<br>GIACONA, Acting Director of Bureau of Ocean<br>Energy Management, in his official capacity;<br>BUREAU OF SAFETY AND ENVIRONMENTAL<br>ENFORCEMENT; and KENNETH STEVENS,<br>Principal Deputy Director of the Bureau of Safety and<br>Environmental Enforcement, in his official capacity,<br><br>        Defendants. | C.A. No. 1:25-cv-00439 |

**DECLARATION OF CHRISTOPHER KEARNS,
ACTING ENERGY COMMISSIONER OF THE
RHODE ISLAND OFFICE OF ENERGY RESOURCES**

I, Christopher Kearns, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am over the age of 18. I know the following facts based on my own personal knowledge, and if called upon to do so, would be competent to testify to the facts and circumstances set forth herein.

2. I am the Acting Energy Commissioner at the Rhode Island Office of Energy Resources ("OER"). I oversee the staffing operations of OER and the agency's implementation of state and federal energy policies and programs. I have worked at OER for over 12 years and

have held my current position since July 2022. I have worked on a broad range of energy matters (natural gas, delivered fuels, solar, land-based wind, offshore wind, energy efficiency and energy security) since 2009.

3.    OER was created in 2006 and is responsible for developing policies and programs that respond to the State's evolving energy needs. OER is committed to working with public- and private-sector stakeholders to ensure that all Rhode Islanders have access to clean, cost-effective, reliable, and equitable energy solutions.

### Offshore Wind Development

4.    Rhode Island has been active in offshore wind development since 2007. Wind is an important resource in meeting the State's Act on Climate obligations (which are enshrined in Rhode Island state law), advancing the State's Renewable Energy Standard, supporting the State's clean energy economy, and diversifying the State's electric energy resources.

5.    Offshore wind generates most of its power in the winter, when demand for natural gas increases and the New England region is vulnerable to powerful winter storms and hurricanes, which have become more frequent as a result of climate change. Wind energy helps prevent fuel shortages, helps combat volatile pricing, and strengthens reliability on the grid.

6.    In the 2010s, the State successfully developed and permitted the 30-megawatt (MW) Block Island Wind Farm in state and federal waters. The Block Island Wind Farm became operational in the fall of 2016, making it the first U.S. commercial offshore wind farm.

7.    As of 2024, Rhode Island's clean energy portfolio reflects the State having 148 MW of onshore wind and 430 MW of offshore wind from projects that are either operational, or have been awarded contracts and are working towards operation.

2

8.      Among the 430 MW of offshore wind are the 400MW expected to benefit Rhode Island from the 704 MW capacity Revolution Wind project.

### Revolution Wind

9.      Rhode Island, in partnership with the State of Connecticut, is nearing completion of its second offshore wind project, Revolution Wind.  The Danish company Ørsted spearheads the project.

10.     Competitive bidding on Revolution Wind began in 2018. Rhode Island's largest electric distribution company, The Narragansett Electric Company,  (then d/b/a National Grid and now known as Rhode Island Energy) voluntarily selected 400 MW from Revolution Wind pursuant to the Rhode Island Affordable Clean Energy Security Act, R.I. Gen. Laws § 39-31-1 *et seq.* This selection was done in consultation with Rhode Island's Office of Energy Resources and the Rhode Island Division of Public Utilities and Carriers.

11.     The resulting long-term Power Purchase Agreement ("PPA") was submitted to the Rhode Island Public Utilities Commission ("RIPUC") for review and approval.

12.     RIPUC approved the 20-year PPA between Revolution Wind and Rhode Island Energy on May 28, 2019. Connecticut's utility regulator separately approved that State's contract for the remaining 304 MW from Revolution Wind.

13.     Following nine years of careful review, the Revolution Wind project is now fully permitted at the state and federal levels. Final approval of its Construction and Operations Plan was completed by the Bureau of Ocean Energy Management ("BOEM") in 2023. The project began offshore construction in 2024 and had been expecting to begin generating electricity and delivering power to the two States in the second half of 2026.

14.    It is important to note that development of this project and the associated federal waters site date back to the early 2010s, when BOEM conducted the first U.S. offshore wind auction of the RI and MA Area of Mutual Interest in August 2013. Cumulatively, the federal waters site and project have been under review, state and federal permits issued, utility interconnection studies completed, executed RI and CT power purchase agreements, and now nearing completion of the utility scale offshore wind system and associated land-based utility infrastructure facility for nearly 15 years.

15.    As of August 22, 2025, elements of the Revolution Wind project were under construction both onshore in Rhode Island and within state and federal waters. The project is already approximately 80% complete, with equipment for 506 MW of the 704 MW system installed.

[SPACE INTENTIONALLY BLANK]

4

16.    All 65 of the offshore wind turbine monopile foundations have been installed, and 70% of the wind turbines (45 of 65) are installed on the monopile foundations.  The submerged array cables have been installed at 34 of the 65 wind turbine sites. The utility export cable has 84 of the 85 miles installed. One of the two offshore wind utility substations on a monopile foundation has been installed in federal waters. Below is a photo of the installation of the first at sea utility substation facility for the project:



17.    Over 90% of the physical construction has been substantially completed by Eversource at the mainland interconnection site at the Quonset Development Business Park in North Kingstown, Rhode Island where the power will be delivered into the energy system from the Revolution Wind project. Below is a photograph of the nearly complete facility:



18.    The Revolution Wind Project represents significant economic development for Rhode Island, directly supporting more than 1,000 union construction jobs and creating a pipeline of long-term operations and maintenance careers tied to the State's growing ocean economy. The project and offshore wind industry have already generated substantial port activity, with over 300 offshore wind-specific vessel calls to the Port of Providence in 2024, highlighting Rhode Island's role as a logistics hub.

19.     Revolution Wind's investments have catalyzed infrastructure upgrades at ProvPort and the Port of Davisville, and positioned Rhode Island as a leader in attracting global ocean economy companies.

20.     In parallel, the State has cultivated a growing cluster of offshore wind companies at Cambridge Innovation Center ("CIC") Providence, which serves as a destination for the offshore wind sector and support companies entering the U.S. market. These investments have positioned Rhode Island as a leader in attracting global energy companies. These efforts will be undermined if the Revolution Wind project were to be indefinitely delayed or shut down.

**The August 22, 2025 Stop Work Order**

21.     On August 22, 2025, BOEM, an agency within the U.S. Department of the Interior ("DOI"), ordered Revolution Wind, LLC by letter "to halt all ongoing activities related to the Revolution Wind Project on the outer continental shelf (OCS) to allow time for [BOEM] to address concerns that have arisen during the review that the Department is undertaking pursuant to the President's Memorandum of January 20, 2025." Letter (hereinafter, the "Stop Work Order") at 1; *see also* Mem. § 2, 90 Fed. Reg. 8363 (Jan. 20, 2025) (prohibiting anyone in the federal government from issuing "new or renewed approvals, rights of way, permits, leases, or loans for onshore or offshore wind projects" until "the completion of a comprehensive assessment and review of Federal wind leasing and permitting practices" by the Interior Secretary). A true and accurate copy of the Stop Work Order is attached as **Exhibit 1** to this Declaration.

22.     The Stop Work Order states that Revolution Wind "may not resume activities until BOEM informs [Revolution Wind] that BOEM has completed its necessary review." *Id.*

7

23.     The Stop Work Order does not identify specific environmental or national security concerns that have arisen during its review of the Revolution Wind project. It also does not indicate any timeline for resolution, despite the highly time-sensitive nature of the project at this late stage.

24.     Upon receiving the Stop Work Order, Orsted immediately suspended construction activities for the Revolution Wind project.

### Harms to the State Caused by the Stop-Work Order

25.     Delaying or preventing development of new wind energy, and particularly, offshore wind, in the region prevents Rhode Island, and the New England region, from bringing new energy resources online.

26.     New wind energy, particularly offshore wind, is important to ensure a reliable grid and cleaner renewable energy, and to combat the price volatility related to continued reliance on fossil fuels in the region.

27.     Delaying or preventing development of new wind energy in the region stands to negatively impact Rhode Island's economy, as the State has actively sought to create jobs in the renewable energy sector, including wind energy, and made significant infrastructural and other investments to further this goal.

28.     Delaying or preventing development of new wind energy in the region will negatively impact the State's ability to address and combat climate change, as required by state law.

29.     Revolution Wind's 704 MW represents approximately 2.5% of New England's electricity load. Any significant impact to this project, including but not limited to the loss of the 704 MW of load, would have grid reliability risks to Rhode Island and New England.

8

30.    In response to the Stop Work Order, ISO New England—the region's independent systems operator responsible for administering energy transmission—issued a press release on August 25, 2025, explaining that delays to Revolution Wind will increase reliability risks in the region and noting that "New England must maintain and add to its energy infrastructure." ISO Newswire, *ISO-NE Statement on Revolution Wind Stop Work Order* (Aug. 25, 2025), https://tinyurl.com/3fa9fukm.

31.    The impact of Revolution Wind has been thoroughly analyzed by both federal and state regulators for close to a decade, and the project has received all its required federal and state permits, including final approval of its COP ("Construction and Operations Plan") by BOEM in 2023. BOEM's approval of a COP includes a thorough environmental review and review to ensure the offshore wind project will not unreasonably interfere with other uses of the outer continental shelf, including those involved with national security or defense. *Cf.* Stop Work Order at 1 ("BOEM is seeking to address concerns related to the protection of national security interests of the United States and prevention of interference with reasonable uses of the exclusive economic zone, the high seas, and the territorial seas . . . .").

32.    As documented in the COP, development of Revolution Wind's COP involved meetings with relevant agencies, including the U.S. Coast Guard, U.S. Naval Undersea Warfare Center, U.S. Air Force, North American Aerospace Defense Command, U.S. Army Corps of Engineers, and Federal Aviation Administration. BOEM's COP approval for Revolution Wind includes numerous conditions, including to ensure protection of national security and environmental interests. Therefore, any concerns regarding national security or other uses of the area were already addressed during the comprehensive permit-approval process.

33.    Continued delay to the Revolution Wind project's becoming operational and supplying 400 MW to Rhode Island stands to significantly harm Rhode Island's efforts to comply with its state statutory requirements to reduce statewide greenhouse gas emissions and achieve net-zero emissions by 2050. *See* R.I. Gen. Laws § 42-6.2-9.

34.    The project also contributes significantly to the state's ability to comply with its legal obligation to achieve continually increasing renewable energy on the path to achieving 100% renewable energy by 2033. *See* R.I. Gen. Laws § 39-26-4. Indefinite delay or halting of the Revolution Wind project would frustrate the state's plans to affordably meet its Renewable Energy Standard obligations in the coming years given the large role that Revolution Wind has been expected to play in those efforts.  There are no readily-available alternatives to allow Rhode Island to meet its statutorily required levels of renewable energy with affordable long-term contracting for clean energy or Renewable Energy Credits without Revolution Wind.

35.    The issuance of the Stop Work Order and the disruption of the fully permitted Revolution Wind project as it nears completion will harm Rhode Island, its residents, our strong labor workforce, and our offshore wind and related industries. Moreover, it will harm Rhode Island's efforts to diversify our energy system, increase reliability, and adhere to state law.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Providence, Rhode Island, on September 16, 2025.

Christopher Kearns

Acting Energy Commissioner
Rhode Island Office of Energy Resources

10