**U.S. District Court**
**District of Rhode Island (Providence)**
**CIVIL DOCKET FOR CASE #: 1:25–cv–00439–MSM–PAS**

| | |
|---|---|
| State of Rhode Island et al v. United States Department of the Interior et al<br>Assigned to: District Judge Mary S. McElroy<br>Referred to: Magistrate Judge Patricia A. Sullivan<br>Cause: 05:702 Administrative Procedure Act | Date Filed: 09/04/2025<br>Jury Demand: None<br>Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**State of Rhode Island**    represented by    **Alexander Michael Carnevale**
RI Department of Attorney General
Consumer and Economic Justice Unit
150 South Main Street
Providence, RI 02903
401–274–4400
Fax: 401–274–4401
Email: acarnevale@riag.ri.gov
*ATTORNEY TO BE NOTICED*

**Judy Shih**
506 S Spring St.
Ste #13308
Los Angeles, CA 90013
202–999–9305
Email: judy@statesunited.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maithreyi Ratakonda**
States United Democracy Center
45 Main Street, Suite 320
Brooklyn, NY 11201
202–999–9305
Email: mai@statesunited.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Max Jordan Kober**
States United Democracy Center
45 Main Street, Suite 320
Brooklyn, NY 11201
202–999–9305
Email: max@statesunited.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicholas M. Vaz**
Office of the Attorney General
150 South Main Street
Providence, RI 02903

401–274–4400 x2297
Email: nvaz@riag.ri.gov
*ATTORNEY TO BE NOTICED*

**Sarah Rice**
RI Department of Attorney General
150 South Main Street
Providence, RI 02903
401–274–4400
Email: srice@riag.ri.gov
*ATTORNEY TO BE NOTICED*

**Leonard Giarrano , IV**
RI Department of Attorney General
150 South Main Street
Providence, RI 02903
401–274–4400
Email: lgiarrano@riag.ri.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **State of Connecticut** | represented by | **Benjamin W. Cheney** |

Office of the Attorney General
Environment Department
165 Capitol Ave.
Hartford, CT 06106
860–402–8200
Email: Benjamin.Cheney@ct.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Evan I. O'Roark**
Connecticut Office of the Attorney General
165 Capitol Ave
5th Floor
Hartford, CT 06106
860–808–5318
Fax: 860–808–5387
Email: Evan.ORoark@ct.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Evan McDonald O'Roark**
Office of the Attorney General
Solicitor General's Office
165 Capitol Avenue
Ste 5th Floor
Hartford, CT 06106
860–808–5318
Fax: 860–808–5387
Email: evan.oroark@ct.gov
*ATTORNEY TO BE NOTICED*

**Matthew I. Levine**

Office of the Attorney General
Environment
165 Capitol Avenue
P.O. Box 120
Hartford, CT 06106
860−808−5250
Fax: 860−808−5386
Email: Matthew.Levine@ct.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Kenneth Skold**
State of Connecticut Office of the Attorney General
Administration
165 Capitol Avenue
5th Floor
Ste 5000
Hartford, CT 06106
860−808−5316
Fax: 860−808−5387
Email: michael.skold@ct.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Katherine Dykes**<br>*Commissioner of the Connecticut Department of Energy and Environmental Protection* | represented by | **Benjamin W. Cheney**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Evan McDonald O'Roark**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Matthew I. Levine**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Kenneth Skold**<br>State of Connecticut Office of the Attorney General<br>Administration<br>165 Capitol Avenue<br>Ste 5000<br>Hartford, CT 06106<br>860−808−5316<br>Fax: 860−808−5387<br>Email: michael.skold@ct.gov<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **United States Department of the Interior** | represented by | **Kristofor Swanson**<br>DOJ–Enrd<br>Natural Resources Section<br>PO Box 7611<br>Washington, DC 20044–7611<br>202–598–1937<br>Fax: 202–305–0275<br>Email: kristofor.swanson@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Amanda Rudat**<br>DOJ–Enrd<br>PO Box 7611<br>Washington, DC 20044–7611<br>202–532–3201<br>Email: amanda.rudat@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Douglas Burgum**<br>*Secretary of the Interior, in his official capacity* | represented by | **Kristofor Swanson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Amanda Rudat**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Bureau of Ocean Energy Management** | represented by | **Kristofor Swanson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Amanda Rudat**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Matthew Giacona**<br>*Acting Director of Bureau of Ocean Energy Management, in his official capacity* | represented by | **Kristofor Swanson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Amanda Rudat**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Bureau of Safety and Environmental Enforcement** | represented by | **Kristofor Swanson**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Rudat**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Defendant

**Kenneth Stevens**
*Principal Deputy Director of the Bureau of Safety and Environmental Enforcement, in his official capacity*

represented by **Kristofor Swanson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Rudat**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

### Intervenor Defendant

**Green Oceans**

represented by **Roger J. Marzulla**
Marzulla Law, LLC
1150 Connecticut Ave, NW
Ste 1050
Washington, DC 20036
202–822–6760
Fax: 202–822–6774
Email: roger@marzulla.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas W. Lyons , III**
Strauss, Factor, Laing & Lyons
One State Street
Suite 600
Providence, RI 02903
401–456–0700
Email: tlyons@straussfactor.com
*ATTORNEY TO BE NOTICED*

### Amicus

**Climate Jobs Rhode Island**

represented by **Carly B. Iafrate**
Law Office of Carly B Iafrate
408 Broadway
1st Floor
Providence, RI 02909
401–421–0065
Email: ciafrate@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard F. Griffin, Jr.**

Bredhoff & Kaiser P.L.L.C
805 15th St. NW
Ste 1000
Washington, DC 20005
202−842−2600
Fax: 202−842−1888
Email: rgriffin@bredhoff.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/04/2025 | Ï 1 | COMPLAINT ( filing fee paid $ 405.00, receipt number ARIDC−2180005 ), filed by State of Rhode Island. (Attachments: # 1 Exhibit Exhibit A, # 2 Civil Cover Sheet, # 3 Summons Request for DOI, # 4 Summons Request for Douglas Burgum, # 5 Summons Request for BOEM, # 6 Summons Request for Matthew Giacona, # 7 Summons Request for BSEE, # 8 Summons Request for Kenneth Stevens)(Giarrano, Leonard) (Entered: 09/04/2025) |
| 09/04/2025 | Ï | Case assigned to District Judge Mary S. McElroy and Magistrate Judge Patricia A. Sullivan. (Simoncelli, Michael) (Entered: 09/04/2025) |
| 09/04/2025 | Ï 2 | CASE OPENING NOTICE ISSUED (Simoncelli, Michael) (Entered: 09/04/2025) |
| 09/04/2025 | Ï 3 | Summons Issued as to Bureau of Ocean Energy Management, Bureau of Safety and Environmental Enforcement, Douglas Burgum, Matthew Giacona, Kenneth Stevens, United States Department of the Interior. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons)(Simoncelli, Michael) (Entered: 09/04/2025) |
| 09/05/2025 | Ï 4 | AFFIDAVIT of Service, filed by State of Rhode Island All Defendants. (Attachments: # 1 Proof of Service for Douglas Burgum, # 2 Proof of Service for BOEM, # 3 Proof of Service for Matthew Giacona, # 4 Proof of Service for BSEE, # 5 Proof of Service for Kenneth Stevens)(Giarrano, Leonard) (Entered: 09/05/2025) |
| 09/09/2025 | Ï 5 | MOTION for Judy Shih to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number CRIDC−2181289 ) filed by State of Rhode Island. (Giarrano, Leonard) (Entered: 09/09/2025) |
| 09/09/2025 | Ï | TEXT ORDER granting 5 Motion to Appear Pro Hac Vice of Judy Shih. So Ordered by District Judge Mary S. McElroy on 9/9/2025. (Gonzalez Gomez, Viviana) (Entered: 09/09/2025) |
| 09/09/2025 | Ï 6 | MOTION for Michael Kenneth Skold to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2181334 ) filed by State of Rhode Island. (Giarrano, Leonard) (Entered: 09/09/2025) |
| 09/09/2025 | Ï 7 | MOTION for Matthew I. Levine to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2181335 ) filed by State of Rhode Island. (Giarrano, Leonard) (Entered: 09/09/2025) |
| 09/09/2025 | Ï 8 | MOTION for Evan O'Roark to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2181339 ) filed by State of Rhode Island. (Giarrano, Leonard) (Entered: 09/09/2025) |
| 09/09/2025 | Ï 9 | MOTION for Benjamin W. Cheney to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2181340 ) filed by State of Rhode Island. (Giarrano, Leonard) (Entered: 09/09/2025) |
| 09/09/2025 | Ï | TEXT ORDER granting 6 Motion to Appear Pro Hac Vice of Michael Kenneth Skold. So Ordered by District Judge Mary S. McElroy on 9/9/2025. (Gonzalez Gomez, Viviana) (Entered: 09/09/2025) |
| 09/09/2025 | Ï | |

| | | |
|---|---|---|
| | Ï | TEXT ORDER granting 7 Motion to Appear Pro Hac Vice of Matthew I. Levine. So Ordered by District Judge Mary S. McElroy on 9/9/2025. (Gonzalez Gomez, Viviana) (Entered: 09/09/2025) |
| 09/09/2025 | Ï | TEXT ORDER granting 8 Motion to Appear Pro Hac Vice of Evan I. O'Roark. So Ordered by District Judge Mary S. McElroy on 9/9/2025. (Gonzalez Gomez, Viviana) (Entered: 09/09/2025) |
| 09/09/2025 | Ï | TEXT ORDER granting 9 Motion to Appear Pro Hac Vice of Benjamin W. Cheney. So Ordered by District Judge Mary S. McElroy on 9/9/2025. (Gonzalez Gomez, Viviana) (Entered: 09/09/2025) |
| 09/09/2025 | Ï 10 | MOTION for Maithreyi Ratakonda to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number CRIDC–2181502 ) filed by State of Rhode Island. (Giarrano, Leonard) (Entered: 09/09/2025) |
| 09/09/2025 | Ï 11 | MOTION for Max Kober to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC–2181508 ) filed by State of Rhode Island. (Giarrano, Leonard) (Entered: 09/09/2025) |
| 09/09/2025 | Ï | TEXT ORDER granting 10 Motion to Appear Pro Hac Vice of Maithreyi Ratakonda. So Ordered by District Judge Mary S. McElroy on 9/9/2025. (Hill, Cherelle) (Entered: 09/09/2025) |
| 09/09/2025 | Ï | TEXT ORDER granting 11 Motion to Appear Pro Hac Vice of Max Kober. So Ordered by District Judge Mary S. McElroy on 9/9/2025. (Hill, Cherelle) (Entered: 09/09/2025) |
| 09/12/2025 | Ï 12 | NOTICE of Appearance by Michael Kenneth Skold on behalf of Katherine Dykes, State of Connecticut (Skold, Michael) (Entered: 09/12/2025) |
| 09/12/2025 | Ï 13 | NOTICE of Appearance by Evan McDonald O'Roark on behalf of Katherine Dykes, State of Connecticut (O'Roark, Evan) (Entered: 09/12/2025) |
| 09/12/2025 | Ï 14 | NOTICE of Appearance by Matthew I. Levine on behalf of Katherine Dykes, State of Connecticut (Levine, Matthew) (Entered: 09/12/2025) |
| 09/12/2025 | Ï 15 | NOTICE of Appearance by Benjamin W. Cheney on behalf of Katherine Dykes, State of Connecticut (Cheney, Benjamin) (Entered: 09/12/2025) |
| 09/15/2025 | Ï 16 | NOTICE of Appearance by Kristofor Swanson on behalf of Bureau of Ocean Energy Management, Bureau of Safety and Environmental Enforcement, Douglas Burgum, Matthew Giacona, Kenneth Stevens, United States Department of the Interior (Swanson, Kristofor) (Entered: 09/15/2025) |
| 09/15/2025 | Ï 17 | NOTICE of Appearance by Maithreyi Ratakonda on behalf of State of Rhode Island (Ratakonda, Maithreyi) (Entered: 09/15/2025) |
| 09/15/2025 | Ï 18 | NOTICE of Appearance by Max Jordan Kober on behalf of State of Rhode Island (Kober, Max) (Entered: 09/15/2025) |
| 09/15/2025 | Ï 19 | NOTICE of Appearance by Judy Shih on behalf of State of Rhode Island (Shih, Judy) (Entered: 09/15/2025) |
| 09/16/2025 | Ï 20 | NOTICE of Appearance by Amanda Rudat on behalf of All Defendants (Rudat, Amanda) (Entered: 09/16/2025) |
| 09/17/2025 | Ï 21 | MOTION for Preliminary Injunction filed by All Plaintiffs. **Responses due by 10/1/2025.** (Attachments: # 1 Ex. 1 Kearns Decl. (RI OER), # 2 Ex. 2 Dykes Decl. (CT DEEP), # 3 Ex. 3 Rice Decl. (RI AG), # 4 Ex. 4 Cox Decl. (RI RICC), # 5 Ex. 5 Bianco Decl. (RI PUC), # 6 Ex. 6 Babbidge Decl. (CT DEEP))(Giarrano, Leonard) (Entered: 09/17/2025) |
| 09/17/2025 | Ï 22 | MOTION to Change Venue *to US District Court for District of Columbia* filed by Bureau of Ocean Energy Management, Bureau of Safety and Environmental Enforcement, Douglas Burgum, Matthew Giacona, Kenneth Stevens, United States Department of the Interior. **Responses due by 10/1/2025.** (Attachments: # 1 Exhibit 1 – ROD, # 2 Exhibit 2 – COP approval letter, # 3 Exhibit 3 – |

| | | |
|---|---|---|
| | | M–Opinion)(Swanson, Kristofor) (Entered: 09/17/2025) |
| 09/18/2025 | 23 | MOTION to Intervene filed by Green Oceans. **Responses due by 10/2/2025.** (Attachments: # 1 Affidavit, # 2 Affidavit, # 3 Affidavit, # 4 Affidavit, # 5 Affidavit, # 6 Affidavit, # 7 Affidavit, # 8 Supporting Memorandum)(Lyons, Thomas) (Entered: 09/18/2025) |
| 09/18/2025 | 24 | MOTION for Roger J. Marzulla to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC–2185831 ) filed by Green Oceans. (Lyons, Thomas) (Entered: 09/18/2025) |
| 09/19/2025 | | TEXT ORDER granting 24 Motion to Appear Pro Hac Vice of Roger J. Marzulla. So Ordered by District Judge Mary S. McElroy on 9/19/2025. (Hill, Cherelle) (Entered: 09/19/2025) |
| 09/25/2025 | 25 | MOTION for Leave to File Amicus Brief filed by Climate Jobs Rhode Island. **Responses due by 10/9/2025.** (Attachments: # 1 Exhibit Proposed Memorandum of Amicus Curiae, # 2 Exhibit Attachment 1 to Proposed Memorandum)(Iafrate, Carly) (Entered: 09/25/2025) |
| 09/25/2025 | 26 | MOTION for Richard F. Griffin, Jr. to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC–2188624 ) filed by Climate Jobs Rhode Island. (Iafrate, Carly) (Entered: 09/25/2025) |
| 09/25/2025 | | TEXT ORDER granting 26 Motion to Appear Pro Hac Vice of Richard F. Griffin, Jr.. So Ordered by District Judge Mary S. McElroy on 9/25/2025. (Hill, Cherelle) (Entered: 09/25/2025) |
| 09/26/2025 | 27 | MOTION *to hold Plaintiffs' Motion for Preliminary Injunction in Abeyance* re: 21 MOTION for Preliminary Injunction , MOTION for an Extension of Time to File Response/Reply as to 21 MOTION for Preliminary Injunction *(Expedited Relief Requested)* filed by Bureau of Ocean Energy Management, Bureau of Safety and Environmental Enforcement, Douglas Burgum, Matthew Giacona, Kenneth Stevens, United States Department of the Interior. **Responses due by 10/10/2025.** (Attachments: # 1 DDC Order)(Rudat, Amanda) (Entered: 09/26/2025) |
| 09/26/2025 | 28 | NOTICE by Green Oceans re 21 MOTION for Preliminary Injunction *Notice of Additional Authority* (Attachments: # 1 Exhibit)(Lyons, Thomas) (Entered: 09/26/2025) |
| 09/29/2025 | 29 | RESPONSE In Opposition to 27 MOTION *to hold Plaintiffs' Motion for Preliminary Injunction in Abeyance* re: 21 MOTION for Preliminary Injunction MOTION for an Extension of Time to File Response/Reply as to 21 MOTION for Preliminary Injunction *(Expedited Relief Requested)* filed by Katherine Dykes, State of Connecticut, State of Rhode Island. **Replies due by 10/6/2025.** (Cheney, Benjamin) (Entered: 09/29/2025) |
| 09/29/2025 | 30 | REPLY to Response re 29 Response to Motion, filed by Bureau of Ocean Energy Management, Bureau of Safety and Environmental Enforcement, Douglas Burgum, Matthew Giacona, Kenneth Stevens, United States Department of the Interior. (Swanson, Kristofor) (Entered: 09/29/2025) |
| 10/01/2025 | 31 | MOTION to Stay *in Light of Lapse of Appropriations* filed by Bureau of Ocean Energy Management, Bureau of Safety and Environmental Enforcement, Douglas Burgum, Matthew Giacona, Kenneth Stevens, United States Department of the Interior. **Responses due by 10/15/2025.** (Rudat, Amanda) Modified on 10/2/2025 (Potter, Carrie). (Entered: 10/01/2025) |
| 10/01/2025 | 32 | RESPONSE In Opposition to 31 MOTION to Stay *in Light of Lapse of Appropriations* filed by All Plaintiffs. **Replies due by 10/8/2025.** (Rice, Sarah) (Entered: 10/01/2025) |
| 10/01/2025 | | TEXT ORDER. The Defendants' Motion to Hold Plaintiffs' Motion for Preliminary Injunction in Abeyance (ECF No. 27 ) is DENIED. Although an injunction entered in the parallel litigation in the U.S. District Court for the District of Columbia, this Court is persuaded that "overlapping injunctions appear to be a common outcome of parallel litigation, rather than a reason for the Court to pass on exercising its duty to determine whether litigants are entitled to relief." California v. Health and Human Services, 390 F. Supp. 3d 1061, 1065 (N.D. Cal. 2019). The Defendants' Motion for an Extension of Time to File Response/Reply is GRANTED IN PART (ECF No. 27 ). The |

| | | |
|---|---|---|
| | | Defendants shall respond to the Motion for a Preliminary Injunction by 10/22/2025.. So Ordered by District Judge Mary S. McElroy on 10/1/2025. (Potter, Carrie) (Entered: 10/01/2025) |
| 10/01/2025 | 33 | RESPONSE In Opposition to 22 MOTION to Change Venue *to US District Court for District of Columbia* filed by All Plaintiffs. **Replies due by 10/8/2025.** (Rice, Sarah) (Entered: 10/01/2025) |
| 10/01/2025 | 34 | RESPONSE In Opposition to 23 MOTION to Intervene filed by Katherine Dykes, State of Connecticut, State of Rhode Island. **Replies due by 10/8/2025.** (O'Roark, Evan) (Entered: 10/01/2025) |
| 10/02/2025 | 35 | REPLY to Response re 34 Response to Motion *to Intervene* filed by Green Oceans. (Lyons, Thomas) (Entered: 10/02/2025) |
| 10/08/2025 | 36 | REPLY to Response re 33 Response to Motion filed by Bureau of Ocean Energy Management, Bureau of Safety and Environmental Enforcement, Douglas Burgum, Matthew Giacona, Kenneth Stevens, United States Department of the Interior. (Attachments: # 1 D.D.C. PI Hearing Transcript)(Rudat, Amanda) (Entered: 10/08/2025) |
| 10/22/2025 | 37 | RESPONSE In Opposition to 21 MOTION for Preliminary Injunction filed by Bureau of Ocean Energy Management, Bureau of Safety and Environmental Enforcement, Douglas Burgum, Matthew Giacona, Kenneth Stevens, United States Department of the Interior. **Replies due by 10/29/2025.** (Attachments: # 1 Suess Declaration, # 2 Exhibit A to Suess Declaration, # 3 Exhibit B to Suess Declaration, # 4 Exhibit C to Suess Declaration, # 5 Exhibit D to Suess Declaration, # 6 Exhibit E to Suess Declaration, # 7 Exhibit F placer holder (sealed document), # 8 Exhibit G to Suess Declaration, # 9 Exhibit H to Suess Declaration, # 10 Exhibit I to Suess Declaration, # 11 Exhibit J to Suess Declaration)(Swanson, Kristofor) (Entered: 10/22/2025) |
| 10/22/2025 | 38 | MOTION to Seal *Exhibit F to Suess Declaration* Filed. (Attachments: # 1 Exhibit F to Suess Declaration)(Swanson, Kristofor) **This entry/document has been filed under seal pursuant to statute, rule or court order and access is restricted to the Court only.** (Entered: 10/22/2025) |
| 10/29/2025 | 40 | REPLY to Response re 37 Response to Motion,,, filed by Katherine Dykes, State of Connecticut, State of Rhode Island. (Cheney, Benjamin) (Entered: 10/29/2025) |
| 11/10/2025 | 41 | ANSWER to Complaint by Bureau of Ocean Energy Management, Bureau of Safety and Environmental Enforcement, Douglas Burgum, Matthew Giacona, Kenneth Stevens, United States Department of the Interior.(Swanson, Kristofor) (Entered: 11/10/2025) |
| 12/11/2025 | 42 | ORDER granting 22 Motion to Transfer Venue. It is hereby ORDERED that this case be TRANSFERRED to the United States District Court for the District of Columbia. So Ordered by District Judge Mary S. McElroy on 12/11/2025. (Simoncelli, Michael) (Entered: 12/11/2025) |