Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

STATE OF RHODE ISLAND et al

    Plaintiff

    vs.

Civil No.    25-4328    (RCL)

UNITED STATES DEPARTMENT OF THE INTERIOR et al

Category   E

    Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on 12/15/2025 from Judge Amir H. Ali to Judge Royce C. Lamberth by direction of the Calendar Committee.

(Case Related)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case Management Committee

cc: Judge Amir H. Ali & Courtroom Deputy
Judge Royce C. Lamberth & Courtroom Deputy
Liaison, Calendar and Case Management Committee