UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF RHODE ISLAND;<br>STATE OF CONNECTICUT; and<br>KATHERINE DYKES, Commissioner of the<br>Connecticut Department of Energy and Environmental<br>Protection,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF THE<br>INTERIOR; DOUGLAS BURGUM, Secretary of the<br>Interior, in his official capacity; BUREAU OF<br>OCEAN ENERGY MANAGEMENT; MATTHEW<br>GIACONA, Acting Director of Bureau of Ocean<br>Energy Management, in his official capacity;<br>BUREAU OF SAFETY AND ENVIRONMENTAL<br>ENFORCEMENT; and KENNETH STEVENS,<br>Principal Deputy Director of the Bureau of Safety and<br>Environmental Enforcement, in his official capacity,<br><br>    Defendants. | C.A. No. 1:25-cv-04328-RCL |

**PROPOSED ORDER GRANTING STATE PLAINTIFFS' MOTION FOR
CONSOLIDATION AND REQUEST TO HOLD IN ABEYANCE STATE PLAINTIFFS'
FIRST MOTION FOR PRELIMINARY INJUNCTION**

Upon consideration of Plaintiffs State of Rhode Island, State of Connecticut, and Katherine Dykes's Motion for Consolidation and Request to Hold in Abeyance the State Plaintiffs' First Motion for Preliminary Injunction, and consideration that such motion is not objected to by the Federal Defendants, and consideration of the State Plaintiffs' showing of good cause to consolidate *Rhode Island v. Dep't of the Interior*, Case No. 1:25-cv-04328 (the "State Action") with *Revolution Wind, LLC v. Burgum*, Case No. 1:25-cv-02999 (the "Ørsted Action"), the Court hereby **ORDERS** that the Motion for Consolidation and Request to Hold in Abeyance

the State Plaintiffs' First Motion for Preliminary Injunction is **GRANTED**. The Plaintiff States' First Motion for Preliminary Injunction will be held in abeyance, and the State Action is consolidated with the Ørsted Action. IT IS SO ORDERED.

Dated: _____


_____

HON. ROYCE C. LAMBERTH

UNITED STATES DISTRICT JUDGE