# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF RHODE ISLAND;<br>STATE OF CONNECTICUT; and<br>KATHERINE DYKES, Commissioner of the<br>Connecticut Department of Energy and Environmental<br>Protection,<br><br>          Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE<br>INTERIOR; DOUGLAS BURGUM, Secretary of the<br>Interior, in his official capacity; BUREAU OF<br>OCEAN ENERGY MANAGEMENT; MATTHEW<br>GIACONA, Acting Director of Bureau of Ocean<br>Energy Management, in his official capacity;<br>BUREAU OF SAFETY AND ENVIRONMENTAL<br>ENFORCEMENT; and KENNETH STEVENS,<br>Principal Deputy Director of the Bureau of Safety and<br>Environmental Enforcement, in his official capacity,<br><br>          Defendants. | C.A. No. 1:25-cv-04328-RCL |

**SECOND DECLARATION OF CHRISTOPHER KEARNS,
ACTING ENERGY COMMISSIONER OF THE
RHODE ISLAND OFFICE OF ENERGY RESOURCES**

I, Christopher Kearns, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am over the age of 18. I know the following facts based on my own personal knowledge, and if called upon to do so, would be competent to testify to the facts and circumstances set forth herein.

2. I am the Acting Energy Commissioner at the Rhode Island Office of Energy Resources ("OER"). I oversee the staffing operations of OER and the agency's implementation of state and federal energy policies and programs. I have worked at OER for over 12 years and have

held my current position since July 2022. I have worked on a broad range of energy matters (natural gas, delivered fuels, solar, land-based wind, offshore wind, energy efficiency and energy security) since 2009.

3. OER was created in 2006 and is responsible for developing policies and programs that respond to the State's evolving energy needs. OER is committed to working with public- and private-sector stakeholders to ensure that all Rhode Islanders have access to clean, cost-effective, reliable, and equitable energy solutions.

4. I am submitting this supplemental declaration in support of the Revolution Wind, LLC's motion for preliminary injunction, joined by the State Plaintiffs, to advise the Court of current factual scenarios and the related Rhode Island state impacts of the Department of the Interior ("Interior") Bureau of Ocean Energy Management's ("BOEM") December 22, 2025 Director's Order "suspend[ing] all ongoing activities related to the Revolution Wind Project on the Outer Continental Shelf for the next 90 days for reasons of national security" ("the Second Stop Work Order"). A true and accurate copy of the Second Stop Work Order is attached hereto as **Exhibit 1**.

### Offshore Wind Development Update

5. As of December 2025, Rhode Island's Clean Energy Portfolio of distributed generation resources included 11 Megawatts (MW) of hydropower, 35 MW of anaerobic digestion, 148 MW of onshore wind, 430 of offshore wind, and 755 MW of solar. The totals for wind power include projects that are either operational or have been awarded contracts and are working towards operation.

6. Among the 430 MW of offshore wind are the 400MW expected to benefit Rhode Island from the 704 MW capacity Revolution Wind project.

2

7.  Rhode Island, in partnership with the State of Connecticut, is nearing completion of its second offshore wind project, Revolution Wind. The Danish company Ørsted spearheads the project.

8.  Competitive bidding on Revolution Wind began in 2018. Rhode Island's largest electric distribution company, The Narragansett Electric Company, (then d/b/a National Grid and now known as Rhode Island Energy) voluntarily selected 400 MW from Revolution Wind pursuant to the Rhode Island Affordable Clean Energy Security Act, R.I. Gen. Laws § 39-31-1 *et seq.* This selection was done in consultation with Rhode Island's Office of Energy Resources and the Rhode Island Division of Public Utilities and Carriers.

9.  The resulting long-term Power Purchase Agreement ("PPA") was submitted to the Rhode Island Public Utilities Commission ("RIPUC") for review and approval.

10. RIPUC approved the 20-year PPA between Revolution Wind and Rhode Island Energy on May 28, 2019. Connecticut's utility regulator separately approved that State's contract for the remaining 304 MW from Revolution Wind.

11. Following nine years of careful review, the Revolution Wind project is now fully permitted at the state and federal levels. Final approval of its Construction and Operations Plan was completed by BOEM in 2023. The project began offshore construction in 2024 and as of December 21, 2025 had been expecting to achieve first power and begin generating electricity and delivering power to the New England region in January of 2026.

12. In December 2025 prior to the Second Stop Work Order, elements of the Revolution Wind project were under construction both onshore in Rhode Island and within state and federal waters. The project is already approximately 87% complete.

3

13.  All 65 of the offshore wind turbine monopile foundations have been installed, and approximately 89% (58 of 65) of the wind turbine generators themselves, which consist of towers, blades and nacelles, are fully installed on the monopile foundations.

14.  Installation is complete for the project's array cables, which electrically connect the project's wind turbine generators to the two offshore substations.

15.  Installation is also complete for the project's offshore and onshore export cables, which connect the project's offshore substations to the local power grid.

16.  Over 90% of the physical construction has been substantially completed by Eversource at the mainland interconnection site at the Quonset Development Business Park in North Kingstown, Rhode Island where the power will be delivered into the energy system from the Revolution Wind project.

17.  The Revolution Wind Project represents significant economic development for Rhode Island, directly supporting more than 1,000 union construction jobs and creating a pipeline of long-term operations and maintenance careers tied to the State's growing ocean economy. The project and offshore wind industry have already generated substantial port activity, with over 300 offshore wind-specific vessel calls to the Port of Providence in 2024, highlighting Rhode Island's role as a logistics hub.

18.  Revolution Wind's investments have continued to catalyze infrastructure upgrades at ProvPort and the Port of Davisville, and positioned Rhode Island as a leader in attracting global ocean economy companies.

### The Second Stop Work Order

19.  Following this Court's September 2025 Preliminary Injunction against BOEM's First Stop Work Order attempting to halt the project, construction on the Revolution Wind offshore

wind project had recommenced and was again moving forward.

20. As noted above, on December 22, 2025, BOEM issued the Second Stop Work Order, requiring Revolution Wind, LLC "to suspend all ongoing activities related to the Revolution Wind Project on the Outer Continental Shelf for the next 90 days for reasons of national security." *See* **Exhibit 1**.

21. The Second Stop Work Order states that "while BOEM and DoW endeavor to reach a determination on feasible mitigation measures within 90 days following the date of this letter, BOEM may further extend the 90-day suspension period based on the status of those discussions." *Id.*

22. The Second Stop Work Order cites alleged "national security concerns" based on "new classified information, including the rapid evolution of relevant adversary technologies and the resulting direct impacts to national security from offshore wind projects." It further states, without additional information, that "[b]ased on BOEM's initial review of this classified information, the particularized harm posed by this project can only be feasibly averted by suspension of on-lease activities." *Id.*

23. The Second Stop Work Order suggests that BOEM and the Department of War "will determine whether the national security threats relating to this project can be mitigated." *Id.*

24. Upon receiving the Second Stop Work Order, Revolution Wind, LLC immediately suspended construction activities for the Revolution Wind project.

### Harms to the State Caused by the Stop-Work Order

25. Delaying or preventing development of new wind energy, and particularly, offshore wind, in the region prevents Rhode Island, and the New England region, from bringing new energy resources online.

5

26. New wind energy, particularly offshore wind, is important to ensure a reliable grid and cleaner renewable energy, and to combat the price volatility related to continued reliance on fossil fuels in the region, especially during the winter months.

27. Delaying or preventing development of new wind energy in the region stands to negatively impact Rhode Island's economy, as the State has actively sought to create jobs in the renewable energy sector, including wind energy, and made significant infrastructural and other investments to further this goal.

28. Delaying or preventing development of new wind energy in the region will negatively impact the State's ability to address and combat climate change, as required by state law.

29. Revolution Wind's 704 MW represents approximately 2.5% of New England's electricity load. Any significant impact to this project, including but not limited to the loss of the 704 MW of load, would have grid reliability risks to Rhode Island and New England.

30. Rhode Island's 400MW of the Revolution Wind Project anticipated to come online in late 2026 could power approximately 20% of the State's electricity.

31. In response to the Second Stop Work Order (and similar orders issued by BOEM on even date), ISO New England—the region's independent systems operator responsible for administering energy transmission—issued a press release on December 22, 2025 explaining that delays to projects including Revolution Wind will increase reliability risks in the region and noting that "New England must maintain and add to its energy infrastructure." ISO Newswire, *ISO-NE Statement on on Department of the Interior Offshore Wind Announcement* (December 22, 2025), https://isonewswire.com/2025/12/22/iso-new-england-statement-on-department-of-the-interior-offshore-wind-announcement/. ISO New England further stated that Revolution Wind was

6

included in ISO New England's "near-term and future modeling and analyses to ensure adequate electricity for New England" and that the project is "particularly important to system reliability in the winter when offshore wind output is highest and other forms of fuel supply are constrained." *Id.*

32. The impact of Revolution Wind has been thoroughly analyzed by both federal and state regulators for close to a decade, and the project has received all its required federal and state permits, including final approval of its COP ("Construction and Operations Plan") by BOEM in 2023. BOEM's approval of a COP includes a thorough environmental review and review to ensure the offshore wind project will not unreasonably interfere with other uses of the outer continental shelf, including those involved with national security or defense.

33. Continued delay to the Revolution Wind project's becoming operational and supplying 400 MW to Rhode Island stands to significantly harm Rhode Island's efforts to comply with its state statutory requirements to reduce statewide greenhouse gas emissions and achieve net-zero emissions by 2050. *See* R.I. Gen. Laws § 42-6.2-9.

34. The project also contributes significantly to the state's ability to comply with its legal obligation to achieve continually increasing renewable energy on the path to achieving 100% renewable energy by 2033. *See* R.I. Gen. Laws § 39-26-4. Delay or halting of the Revolution Wind project would frustrate the state's plans to affordably meet its Renewable Energy Standard obligations in the coming years given the large role that Revolution Wind has been expected to play in those efforts. There are no readily-available alternatives to allow Rhode Island to meet its statutorily required levels of renewable energy with affordable long-term contracting for clean energy or Renewable Energy Credits without Revolution Wind.

35. Rhode Island has projected a net gain of more than 3,300 jobs, propelled by anticipated expansion of offshore wind.

36. In its December 2025 Climate Action Strategy, Rhode Island's Executive Climate Change Coordinating Council has explicitly listed the Revolution Wind project coming online in 2026 as a priority to support continued progress toward emissions-reduction targets while establishing a more affordable and sustainable pathway to decarbonization.

37. The issuance of the Second Stop Work Order and the disruption of the fully permitted Revolution Wind project as it nears completion will harm Rhode Island, its residents, our strong labor workforce, and our offshore wind and related industries. Moreover, it will harm Rhode Island's efforts to diversify our energy system, increase reliability, and adhere to state law. This is particularly true should Revolution Wind not be able to come online in 2026 as was projected prior to the Second Stop Work Order.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Providence, Rhode Island, on January 5, 2026.

*Christopher Kearns*

Christopher Kearns

Acting Energy Commissioner
Rhode Island Office of Energy Resources

# Exhibit 1



# United States Department of the Interior
BUREAU OF OCEAN ENERGY MANAGEMENT
WASHINGTON, DC 20240-0001

Director's Order
December 22, 2025

Rob Keiser
Head of Asset Management
Orsted North America Inc.
399 Boylston Street, 12th Floor
Boston, MA 02216
College Park, MD 20740-6001
Email: robek@orsted.com

Dear Mr. Keiser:

The Bureau of Ocean Energy Management (BOEM) is issuing this Director's Order to Revolution Wind, LLC, pursuant to 30 C.F.R. § 585.417(b), to suspend all ongoing activities related to the Revolution Wind Project on the Outer Continental Shelf for the next 90 days for reasons of national security. During this time, BOEM will coordinate with you to determine whether the national security threats posed by this project can be adequately mitigated.

In November 2025, the Department of War (DoW) completed an additional assessment regarding the national security implications of offshore wind projects, and provided senior leadership at the Department of the Interior with new classified information, including the rapid evolution of relevant adversary technologies and the resulting direct impacts to national security from offshore wind projects. These impacts are heightened by the projects' sensitive location on the East Coast and the potential to cause serious, immediate, and irreparable harm to our great nation.

Based on BOEM's initial review of this classified information, the particularized harm posed by this project can only be feasibly averted by suspension of on-lease activities. In coordination with DoW, BOEM will determine whether the national security threats relating to this project can be mitigated and invites you to meet and confer about that possibility. Given the construction status of this project, BOEM will consider all feasible mitigation measures before making a decision as to whether the project must be cancelled.

Finally, while BOEM and DoW endeavor to reach a determination on feasible mitigation measures within 90 days following the date of this letter, BOEM may further extend the 90-day suspension period based on the status of those discussions. Even though all ongoing activities at this project are suspended, you may perform any activities that are necessary to respond to emergency situations and/or to prevent impacts to health, safety, and the environment over the next 90 days and during any subsequent extensions.



# United States Department of the Interior
BUREAU OF OCEAN ENERGY MANAGEMENT
WASHINGTON, DC 20240-0001

Please contact me at Matthew.Giacona@boem.gov or (202) 208-6300. I appreciate your attention to this matter and look forward to hearing from you quickly.

Sincerely,

**MATTHEW GIACONA**

Digitally signed by MATTHEW GIACONA
Date: 2025.12.22 07:44:37 -05'00'

Matthew N. Giacona
Acting Director