UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF RHODE ISLAND;<br>STATE OF CONNECTICUT; and<br>KATHERINE DYKES, Commissioner of the Connecticut Department of Energy and Environmental Protection,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; DOUGLAS BURGUM, Secretary of the Interior, in his official capacity; BUREAU OF OCEAN ENERGY MANAGEMENT; MATTHEW GIACONA, Acting Director of Bureau of Ocean Energy Management, in his official capacity; BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT; and KENNETH STEVENS, Principal Deputy Director of the Bureau of Safety and Environmental Enforcement, in his official capacity,<br><br>        Defendants. | C.A. No. 1:25-cv-04328-RCL |

**PROPOSED ORDER GRANTING STATE PLAINTIFFS' MOTION TO EXPEDITE CONSIDERATION OF STATE PLAINTIFFS' MOTION TO CONSOLIDATE**

Upon consideration of Plaintiffs State of Rhode Island, State of Connecticut, and Katherine Dykes's Motion to Expedite Consideration of State Plaintiffs' Motion to Consolidate, and Plaintiff's showing of good cause to expedite consideration, the Court hereby **ORDERS** that the Motion to Expedite is **GRANTED**. The Court will issue a ruling on Plaintiff's Motion to Consolidate on or before January 7, 2026. IT IS SO ORDERED.

Dated: _____          _____
                                                                   HON. ROYCE C. LAMBERTH
                                                                   UNITED STATES DISTRICT JUDGE