AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
District of Columbia

| | |
|---|---|
| STATE OF RHODE ISLAND, ET AL. | ) |
| *Plaintiff* | ) |
| v. | ) Case No.   1:25-cv-04328-RCL |
| US DEPARTMENT OF THE INTERIOR, ET AL. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Connecticut and Katherine S. Dykes, Commissioner of Energy and Environmetal Protection   .

Date:   01/07/2026

/s/ Matthew I. Levine
*Attorney's signature*

Matthew I. Levine, 230278
*Printed name and bar number*

Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106

*Address*

matthew.levine@ct.gov
*E-mail address*

(860) 808-5250
*Telephone number*

(860) 808-5386
*FAX number*