UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STATE OF RHODE ISLAND;
STATE OF CONNECTICUT; and
KATHERINE DYKES, Commissioner of the
Connecticut Department of Energy and Environmental
Protection,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE
INTERIOR; DOUGLAS BURGUM, Secretary of the
Interior, in his official capacity; BUREAU OF
OCEAN ENERGY MANAGEMENT; MATTHEW
GIACONA, Acting Director of Bureau of Ocean
Energy Management, in his official capacity;
BUREAU OF SAFETY AND ENVIRONMENTAL
ENFORCEMENT; and KENNETH STEVENS,
Principal Deputy Director of the Bureau of Safety and
Environmental Enforcement, in his official capacity,

    Defendants.

C.A. No. 1:25-cv-04328-RCL

**~~PROPOSED~~ ORDER GRANTING STATE PLAINTIFFS' MOTION TO EXPEDITE CONSIDERATION OF STATE PLAINTIFFS' MOTION TO CONSOLIDATE**

Upon consideration of Plaintiffs State of Rhode Island, State of Connecticut, and Katherine Dykes's Motion to Expedite Consideration of State Plaintiffs' Motion to Consolidate, and Plaintiff's showing of good cause to expedite consideration, the Court hereby **ORDERS** that the Motion to Expedite is **GRANTED**. The Court will issue a ruling on Plaintiff's Motion to Consolidate on or before January 7, 2026. IT IS SO ORDERED.

Dated:   1-7-26.

                                        HON. ROYCE C. LAMBERTH
                                      UNITED STATES DISTRICT JUDGE